**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>OCAV IV, LLC,<br><br>Debtor. | Chapter 7<br><br>Case No. 23-12123 (BLS) |

**SCHEDULES OF ASSETS AND LIABILITIES**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| In re<br><br>OCAV IV, LLC,<br><br>      Debtor. | Chapter 7<br><br>Case No. 23-12123 (BLS) |
|---|---|

**GLOBAL NOTES REGARDING THE OROX DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS**

  On December 31, 2023, (the "Petition Date"), the following twenty (20) affiliated entities (collectively, the "Orox Debtors") filed voluntary petitions for relief under chapter 7 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Court"):

| Debtor | Case No. |
|---|---|
| Orox Capital Management, LLC | 23-12118 |
| AIHV I, LLC | 23-12119 |
| Armstrong Co-Investment Vehicle, L.P. | 23-12120 |
| CEI Holding Vehicle, LLC | 23-12121 |
| OC Holding Vehicle, LLC | 23-12122 |
| OCAV IV, LLC | 23-12123 |
| OFAV I, LLC | 23-12124 |
| Orox Capital Acquisition Vehicle I, LLC | 23-12125 |
| Orox Capital Co-Investment GP, L.P. | 23-12126 |
| Orox Capital Co-Investment Vehicle I, L.P. | 23-12127 |
| Orox Capital Co-Investment Vehicle II, L.P. | 23-12128 |
| Orox Capital Co-Investment Vehicle III, L.P. | 23-12129 |
| Orox Capital Credit GP, L.P. | 23-12130 |
| Orox Capital Credit Opportunities Fund, L.P. | 23-12131 |
| Orox Capital GP, LLC | 23-12132 |
| Orox Finance Co-Investment GP, L.P. | 23-12133 |
| Orox Southwest Holding Vehicle, LLC | 23-12134 |
| Orox SSW Holdings, LLC | 23-12135 |
| Oscar Equipment Company, LLC | 23-12137 |
| Oscar Holding Vehicle, LLC | 23-12138 |

  Each Orox Debtor has filed its Schedules of Assets and Liabilities (collectively, the "Schedules") and Statement of Financial Affairs (the "Statement" and, collectively with the Schedules, the "Schedules and Statement") with the Court. Each Orox Debtor, with the assistance of its advisors, prepared its Schedules and Statement in accordance with section 521 of the Bankruptcy Code, Rule 1007 of the Federal Rules of Bankruptcy Procedure, and Rule 1007–1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware. These *Global Notes Regarding the Orox Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs* (the "Global Notes") pertain to, are

incorporated by reference in, and comprise an integral part of, all of the Schedules and Statements filed by the Orox Debtors. The Global Notes should be referred to and considered in connection with any review of any of the Schedules and Statements filed by the Orox Debtors.

In preparing the Schedules and Statements, the Orox Debtors relied on financial data derived from their books and records. The Orox Debtors have made reasonable efforts to ensure that the Schedules and Statements are accurate and complete based on information known to them at the time of preparation after reasonable inquiries. The Schedules and Statements are unaudited and subject to potential adjustment.

1. **Reporting Date**: The information provided in the Schedules and Statements is presented as of December 29, 2023.

2. **Reservations and Limitations**: Nothing contained in the Schedules and Statements or these Global Notes shall constitute a waiver of any of the Orox Debtors' rights or an admission with respect to the chapter 7 cases including, but not limited to, any issues involving objections to claims, substantive consolidation, equitable subordination, defenses, characterization or re-characterization of contracts, assumption or rejection of contracts under the provisions of the Bankruptcy Code and/or causes of action arising under the Bankruptcy Code or any other relevant applicable laws.

3. **Basis of Presentation**: Debtor Orox Capital Management, LLC ("OCM") has kept business books and records for itself and its Debtor-affiliates since the beginning of OCM's existence on November 5, 2012 (and, for Orox Debtors created after such date, since such entity's respective inception). OCM keeps its books in accordance with US Generally Accepted Accounting Principles (GAAP). With respect to the fund entities that have consummated private equity investments in portfolio companies (*i.e.*, Orox Capital Credit Opportunities Fund, L.P., and the entities with "Co-Investment Vehicle" in their names), the investments are presented in line with guidance provided through the AICPA's Audit and Accounting Guide for Investment Companies. In general, the Orox Debtors have attempted to prepare their respective Schedules and Statements to align with their books and records, except as may be noted otherwise in these Global Notes.

4. **Schedule A/B Part 3 (Accounts Receivable)**: If an Orox Debtor has indicated that it has accounts receivable but values such receivables as $0.00, that Orox Debtor has fully reserved such receivables (*i.e.*, determined to be uncollectable).

5. **Schedule G (Executory Contracts)**: With the assistance of counsel, the Orox Debtors have endeavored to only include unexpired leases and contracts that are executory. Many of the Orox Debtors are parties to non-executory contracts that entitle them to payments (*e.g.*, expense reimbursement or indemnification rights in operating agreements or other transaction documents) or otherwise relate to assets and liabilities set forth elsewhere in the Schedules and Statements.

6. **Statement Questions 1 & 2 (Income)**: For purposes of answering Questions 1 and 2 on the Statements, the Orox Debtors have ***not*** included "phantom income" for any of the current or prior periods; however, this income is reported on the Orox Debtors' books and records in the

ordinary course. For example, certain Orox Debtors are holders of promissory notes where the interest is "paid-in-kind" (*i.e.*, PIK interest) and such PIK interest is accrued as income on the Orox Debtor's books and records even though no cash payment was received. On the Statements, the Orox Debtors are reporting only cash income (if any).

7. **Statement Question 11 (Payments Related to Bankruptcy)**: As set forth in the *Disclosure of Compensation of Attorney for Debtor* filed with each of the Orox Debtors' respective petitions, as a requirement of the current engagement (which included services in addition to bankruptcy preparation, including providing advice related to portfolio company investments and OCM's management of same): (i) each of the Orox Debtors agreed to be jointly and severally liable for fees and expenses of Benesch Friedlander Coplan & Aronoff LLP ("Benesch") and (ii) the Orox Debtors would provide Benesch with an initial $100,000 advance payment retainer prior to Benesch starting any work. On November 14, 2023, Benesch received the initial $100,000 special purpose retainer from OCM via wire transfer. On December 15, 2023, Benesch received an additional $100,000 advance payment retainer from OCM via wire transfer. As part of the bankruptcy preparation and engagement process, OCM collected monies from each debtor (to the extent available) to aggregate for each wire transfer to Benesch. This is reflected on each Debtor's financial statements. With respect to Question 11 in the Statements, consistent with their bookkeeping practices, each Orox Debtor reports:

   a. $1,373.70 paid on November 14, 2023, to Benesch for services related to bankruptcy (*i.e.*, 20 debtors each paying $1,373.70 = total amount of $27,474.00). The remaining $72,526 of the November 14, 2023 advance payment retainer was on account of advice and services concerning the Orox Debtors' investments which OCM allocates to the portfolio companies for reimbursement, which advice was rendered after the November 14, 2023 payment was made.

   b. $5,000 paid on December 15, 2023, to Benesch for services related to bankruptcy (*i.e.*, 20 debtors each paying $5,000 = total amount of $100,000). At that time, it had become more likely than not that each of the Orox Debtors would file chapter 7 petitions and, thus, the entirety of the second $100,000 advance payment retainer was attributable to bankruptcy preparation and the Statements reflect its pro ration across the 20 Orox Debtors.

8. **Statement Question 25 (Other Businesses in Which the Debtor has or has had an Interest)**: On Question 25 in the Statements, each Orox Debtor is only identifying the entities which are or were direct subsidiaries. When considering the information on a consolidated basis (*i.e.*, all the Schedules and Statements), however, all indirectly owned subsidiaries are identified down to the portfolio company level. The interim chapter 7 trustee appointed in the chapter 7 cases has been provided with the organization chart maintained by the Orox Debtors.

**Fill in this information to identify the case:**

Debtor name: **OCAV IV, LLC**

United States Bankruptcy Court for the: **DISTRICT OF DELAWARE**

Case number (if known): **23-12123**

☐ Check if this is an amended filing

Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals          12/15

### Part 1:   Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*..................................................................................................  $          0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*..................................................................................................  $    424,562.98

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*....................................................................................................  $    424,562.98

### Part 2:   Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................  $          0.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................  $        300.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................  +$    424,560.98

4. **Total liabilities** ........................................................................................................................  $    424,860.98
   Lines 2 + 3a + 3b

**Fill in this information to identify the case:**

Debtor name: **OCAV IV, LLC**

United States Bankruptcy Court for the: **DISTRICT OF DELAWARE**

Case number (if known): **23-12123**

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property   12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ■ Yes Fill in the information below.

   All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Citibank, NA | Checking | 6961 | $1.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.** $1.00

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2: Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

   ■ No. Go to Part 3.
   ☐ Yes Fill in the information below.

### Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ■ No. Go to Part 4.
    ☐ Yes Fill in the information below.

### Part 4: Investments

13. **Does the debtor own any investments?**

    ☐ No. Go to Part 5.

Official Form 206A/B          Schedule A/B Assets - Real and Personal Property          page 1

Debtor  **OCAV IV, LLC**  Case number *(If known)* **23-12123**
Name

■ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**
    Name of fund or stock:

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
    Name of entity:                                                          % of ownership

    15.1.  **Sole Member of CEI Holding Vehicle, LLC**      100      %      Recent cost                $1.00

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
    Describe:

17. **Total of Part 4.**                                                                                   $1.00
    Add lines 14 through 16. Copy the total to line 83.

---

**Part 5:**  **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ■ No. Go to Part 6.
    ☐ Yes Fill in the information below.

---

**Part 6:**  **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ■ No. Go to Part 7.
    ☐ Yes Fill in the information below.

---

**Part 7:**  **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ■ No. Go to Part 8.
    ☐ Yes Fill in the information below.

---

**Part 8:**  **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ■ No. Go to Part 9.
    ☐ Yes Fill in the information below.

---

**Part 9:**  **Real property**

54. **Does the debtor own or lease any real property?**

    ■ No. Go to Part 10.
    ☐ Yes Fill in the information below.

---

**Part 10:**  **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ■ No. Go to Part 11.
    ☐ Yes Fill in the information below.

Debtor **OCAV IV, LLC**
Name

Case number *(If known)* **23-12123**

## Part 11: All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
■ Yes Fill in the information below.

**Current value of debtor's interest**

71. **Notes receivable**
Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
**Contractual amounts due from Custom Ecology Holdco, LLC**    $424,560.98

**128 Liens (held as sub-agent) on Collateral Interests owned by Custom Ecology Holdco, LLC and/or one of its affiliates or subsidiaries.**    Unknown

78. **Total of Part 11.**    $424,560.98
Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Debtor **OCAV IV, LLC**
<span style="font-size:smaller">Name</span>

Case number *(If known)* **23-12123**

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $1.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ........................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $424,560.98 | |
| 91. **Total.** Add lines 80 through 90 for each column | $424,562.98 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $424,562.98 |

**Fill in this information to identify the case:**

Debtor name: **OCAV IV, LLC**

United States Bankruptcy Court for the: DISTRICT OF DELAWARE

Case number (if known): **23-12123**

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property        12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name: **OCAV IV, LLC**

United States Bankruptcy Court for the: **DISTRICT OF DELAWARE**

Case number (if known): **23-12123**

☐ Check if this is an amended filing

Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims            12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:  List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.
    ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|     |                                                                 |                                                                                                                         | Total claim | Priority amount |
|-----|-----------------------------------------------------------------|-------------------------------------------------------------------------------------------------------------------------|-------------|-----------------|
| 2.1 | Priority creditor's name and mailing address<br>**Delaware Division of Corporations**<br>**PO Box 898**<br>**Dover, DE 19903** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $300.00     | $0.00           |
|     | Date or dates debt was incurred<br>**2023**                     | Basis for the claim:<br>**Unpaid Taxes**                                                                                |             |                 |
|     | Last 4 digits of account number **5834**                        | Is the claim subject to offset?                                                                                         |             |                 |
|     | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**) | ■ No<br>☐ Yes                                                                                            |             |                 |
| 2.2 | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown     | Unknown         |
|     | Date or dates debt was incurred                                 | Basis for the claim:<br>**Included for Notice Purposes**                                                                |             |                 |
|     | Last 4 digits of account number                                 | Is the claim subject to offset?                                                                                         |             |                 |
|     | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**) | ■ No<br>☐ Yes                                                                                            |             |                 |

### Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

Debtor **OCAV IV, LLC**　　　　　　　　　　　　　　　　　　　　　Case number (if known) **23-12123**
　　　　Name

| 3.1 | **Nonpriority creditor's name and mailing address**<br>**Orox Capital Co-Investment Vehicle III,**<br>**PO Box 670447**<br>**Dallas, TX 75367**<br>Date(s) debt was incurred **2019-2023**<br>Last 4 digits of account number **None** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Expense Reimbursement**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$25,331.20** |
|---|---|---|---|
| 3.2 | **Nonpriority creditor's name and mailing address**<br>**Orox Capital Credit Opportunities Fund**<br>**PO Box 670447**<br>**Dallas, TX 75367**<br>Date(s) debt was incurred **2018-2023**<br>Last 4 digits of account number **None** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Expense Reimbursement**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$399,229.78** |

### Part 3:　List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Delaware Division of Revenue/Bankruptcy**<br>**Attn: Bankruptcy Administrator**<br>**Carvel State Building**<br>**820 N. French Street, 8th Floor**<br>**Wilmington, DE 19801** | Line **2.1**<br>☐ Not listed. Explain ___ | _ |

### Part 4:　Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---:|
| **5a. Total claims from Part 1** | 5a.   $ | **300.00** |
| **5b. Total claims from Part 2** | 5b. + $ | **424,560.98** |
| **5c. Total of Parts 1 and 2**<br>　Lines 5a + 5b = 5c. | 5c.   $ | **424,860.98** |

**Fill in this information to identify the case:**

Debtor name: **OCAV IV, LLC**

United States Bankruptcy Court for the: **DISTRICT OF DELAWARE**

Case number (if known): **23-12123**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases        12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ■ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.2 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.3 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.4 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name: **OCAV IV, LLC**

United States Bankruptcy Court for the: **DISTRICT OF DELAWARE**

Case number (if known): **23-12123**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**                              *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | | Street / City State Zip Code | | ☐ D  ☐ E/F  ☐ G |
| 2.2 | | Street / City State Zip Code | | ☐ D  ☐ E/F  ☐ G |
| 2.3 | | Street / City State Zip Code | | ☐ D  ☐ E/F  ☐ G |
| 2.4 | | Street / City State Zip Code | | ☐ D  ☐ E/F  ☐ G |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **OCAV IV, LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF DELAWARE |
| Case number (if known) | **23-12123** |

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **January 16, 2024**    X **/s/ Mark W. Martinson**
Signature of individual signing on behalf of debtor

**Mark W. Martinson**
Printed name

**Managing Member of Debtor's Manager**
Position or relationship to debtor